IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN GARDNER,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>Respondent. | 8:17CV390<br><br>MEMORANDUM AND ORDER |

This closed federal habeas matter under 28 U.S.C. § 2254 is before the court on Petitioner's Amended Motion for Reconsideration. ([Filing No. 25](#).) Petitioner asserts that his habeas petition is meritorious and the court's denial of his previous motion for relief from judgment (*see* [filing no. 7](#)) and motion for reconsideration (*see* [filing no. 10](#)) were in error because Petitioner is challenging three related state court judgments in case numbers CR15-294, CR16-3314, and CR15-2366. The court finds no merit to Petitioner's motion and will deny the motion for the same reasons identified in the court's previous orders ([filing no. 7](#); [filing no. 10](#)) denying Petitioner's motions for post-judgment relief and reconsideration. Accordingly,

IT IS ORDERED that Petitioner's Amended Motion for Reconsideration ([filing no. 25](#)) is denied.

Dated this 27th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge